1 | SIEGMUND F. FUCHS
  | Trial Attorney, Torts Branch

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
400 SOUTH VIRGINIA ST. ROOM 301
RENO, NEVADA 89501

OFFICIAL BUSINESS

RETURN TO SENDER
MAILBOX CLOSED

NOV 2 6 2018

CLERK US DISTRICT COURT
DISTRICT OF

COUNSEL/PARTIES OF RECORD

Larry E Klayman
KLAYMAN LAW GROUP, PA
c/o 7050 W. Palmetto Park Road, #15-287
Boca Raton, FL 33433

NIXIE

RETURN TO SENDER
MAILBOX CLOSED

REWO NV 894

ZIP 89501
02 4W
0000350015 NOV 08 2018
$ 000.47⁰

DISTRICT COURT

OF NEVADA

Case No: 2:18-cv-02110-GMN-CWH

**UNOPPOSED MOTION TO EXTEND
TIME TO FILE A RESPONSE**
(Second Request)

xtend the time to respond to the Complaint.

spond to the Complaint. This case was initially

istrict of Columbia. On August 28, 2018, the

ourt. (ECF 9). On October 2, 2018, the D.C.

respond to the Complaint until 30 days after it

motion to transfer was granted on October 12,

who have been served, a response to the

8. (ECF 13). The United States now seeks an

espond to the Complaint, and states as follows: