UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICK LOVELIEN and STEVEN STEWART,<br><br>          Plaintiffs,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA, DANIEL BOGDEN, STEVEN W. MYHRE, DANIEL SCHIESS, NADIA JANJUA AHMED, NEIL KORNZE, DAN P. LOVE, JAMES COMEY, JOEL WILLIS, FORMER SHERIFF DOUG GILLEPSIE, SHERIFF JOE LOMBARDO, BUREAU OF LAND MANAGEMENT, FEDERAL BUREAU OF INVESTIGATION, CLARK COUNTY SHERIFF'S DEPARTMENT, and DOES 1-100, inclusive,<br><br>          Defendants. | Case No: 2:18-cv-02110-MMD-CWH<br><br>**JOINT STATUS REPORT** |

The parties submit the following Joint Status Report:

1. This civil lawsuit was first filed in the United States District Court for the District of Columbia on August 13, 2018. (ECF 1).

2. The D.C. District Court transferred the case to this Court on October 12, 2018. (ECF 13).

3. In the Order calling for a Joint Status Report, this Court also indicated that any motion for permission to practice in this case and verified petition is due on December 17, 2018, for all non-resident counsel. (ECF 15).

4. For those federal defendants who have been served, a response to the complaint is due on December 12, 2018. An unopposed motion to extend that date an additional 30 days was filed on November 30, 2018, and is currently awaiting disposition. (ECF 23).

5. Mr. Klayman has not as yet been admitted pro hac vice, as he was the counsel in the District of Columbia action, where he is a member of the bar of the U.S. District Court for the District of Columbia. Mr. Klayman hopes that his pro hac vice admission will not become an issue in this case before this Court, as it was before the Honorable Gloria Navarro in the underlying Bundy cases. If this occurs, it is plaintiffs' position that they will be deprived of legal counsel and other options will need to be explored, such as filing

a new and modified action(s) elsewhere. Mr. Klayman and the plaintiffs thus hope to obtain consent from the defendants for his pro hac vice entry in this case.

6. There are no further pending matters requiring action by this Court at this time.

Date: December 3, 2018                Respectfully submitted

| *s/ Larry Klayman*<br>Larry Klayman, Esq.<br>KLAYMAN LAW GROUP, P.A.<br>2020 Pennsylvania Avenue, N.W.<br>Suite 800<br>Washington, D.C., 20006<br>310-595-0800<br>leklayman@gmail.com<br>Attorney for Plaintiffs | JOSEPH H. HUNT<br>Assistant Attorney General, Civil Division<br><br>C. SALVATORE D'ALESSIO, JR.<br>Acting Director<br>Torts Branch, Civil Division<br><br>RICHARD MONTAGUE<br>Senior Trial Counsel<br>Torts Branch, Civil Division<br><br>*s/ Siegmund F. Fuchs*<br>SIEGMUND F. FUCHS<br>Trial Attorney, Torts Branch<br>D.C. Bar No. 986828<br>U.S. Department of Justice<br>Ben Franklin Station<br>P.O. Box 7146<br>Washington, D.C. 20044-7146<br>Telephone: (202) 616-4322<br>Facsimile: (202) 616-4314<br>Email: siegmund.f.fuchs@usdoj.gov<br><br>Attorneys for the United States |
|---|---|

## PROOF OF SERVICE

I, Siegmund F. Fuchs, certify that the following individual was served with a copy of the **JOINT STATUS REPORT** on the date and by the identified method of service below:

**ELECTRONIC CASE FILING AND ELECTRONIC MAIL:**

Larry Klayman, Esq.
KLAYMAN LAW GROUP, P.A.
2020 Pennsylvania Avenue, N.W.
Suite 800
Washington, D.C., 20006
310-595-0800
leklayman@gmail.com

Dated this 3rd day of December 2018.

                                          */s/ Siegmund F. Fuchs*
                                          SIEGMUND F. FUCHS
                                          Trial Attorney