# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

RICK LOVELIEN, et al.,

Plaintiffs,

v.

Civil Action No. 2:18-cv-2110

THE UNITED STATES OF AMERICA, et al.,

Defendants

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 17 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

## MOTION TO STAY FILING OF PRO HAC VICE PETITION

Plaintiffs Rick Lovelien and Steven Stewart ("Plaintiffs") hereby move this honorable Court for a stay in part court's order of November 2, 2018 with regard to filing non resident counsel Verified Petition, Motion to Practice in This Case Only. ECF No. 15

Plaintiffs are currently deciding whether to continue with this action and may file an amended complaint before the U.S. District Court for the District of Columbia, which is where jurisdiction and venue should lie. Plaintiffs are currently of the view that continuing with this action before this Court would be futile, given their past experience. Plaintiffs respectfully ask for 30 days to decide whether to continue with this case, as they currently have no counsel and this Court is unlikely, given past rulings, to grant any *pro hac vice* application.

Dated: December 17, 2018

Respectfully submitted,

/Rick Lovelien
41041 West 91st Street South
Mannford, OK 74044

*Steven Stewart*
Steven Stewart
P.O. Box 5794
Hailey, ID 83333

*Plaintiffs Pro Se*

## CERTIFICATE OF SERVICE

I, Rick Lovelien and Steven Stewart, Plaintiffs in this matter hereby certify that on this day, December 17, 2018, a copy of the foregoing was filed via hand delivery and served upon all counsel of record via U.S mail.

*Rick Lovelien*
Rick Lovelien

*Steven Stewart*
Steven Stewart