# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RICK LOVELIEN and STEVEN STEWART, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, DANIEL BOGDEN, STEVEN W. MYHRE, DANIEL SCHIESS, NADIA JANJUA AHMED, NEIL KORNZE, DAN P. LOVE, JAMES COMEY, JOEL WILLIS, FORMER SHERIFF DOUG GILLEPSIE, SHERIFF JOE LOMBARDO, BUREAU OF LAND MANAGEMENT, FEDERAL BUREAU OF INVESTIGATION, CLARK COUNTY SHERIFF'S DEPARTMENT, and DOES 1-100, inclusive, <br><br> Defendants. | Case No: 2:18-cv-02110-MMD-CWH <br><br> **JOINT STATUS REPORT** |

The parties submit the following Joint Status Report:

Plaintiffs will voluntarily dismiss this action without prejudice under Rule 41 of the Federal Rules of Civil Procedure within the next five days.

Date: April 1, 2019                               Respectfully submitted

| | |
|---|---|
| */s/* Rick Lovelien <br> Rick Lovelien <br> 41041 West 91st Street South <br> Mannford, OK 74044 <br><br> */s/* Steven Stewart <br> Steven Stewart <br> P.O. Box 5794 <br> Hailey, ID 83333 <br><br> *Plaintiffs Pro Se* <br><br> Larry Klayman, Esq. <br> KLAYMAN LAW GROUP, P.A. <br> 2020 Pennsylvania Avenue, N.W. <br> Suite 800 <br> Washington, D.C., 20006 <br> 310-595-0800 <br> leklayman@gmail.com <br><br> *Of Counsel* | JOSEPH H. HUNT <br> Assistant Attorney General, <br> Civil Division <br><br> C. SALVATORE D'ALESSIO, JR. <br> Acting Director <br> Torts Branch, Civil Division <br><br> RICHARD MONTAGUE <br> Senior Trial Counsel <br> Torts Branch, Civil Division <br><br> */s/ Siegmund F. Fuchs* <br> SIEGMUND F. FUCHS <br> Trial Attorney, Torts Branch, Civil Division <br> D.C. Bar No. 986828 <br> U.S. Department of Justice <br> Ben Franklin Station, P.O. Box 7146 <br> Washington, D.C. 20044-7146 <br> Telephone: (202) 616-4322 <br> Facsimile: (202) 616-4314 <br> Email: siegmund.f.fuchs@usdoj.gov <br><br> Attorneys for the United States |

**PROOF OF SERVICE**

I, Siegmund F. Fuchs, certify that the following individual was served with a copy of the **JOINT STATUS REPORT** on the date and by the identified method of service below:

**ELECTRONIC CASE FILING AND ELECTRONIC MAIL:**

Larry Klayman, Esq.
KLAYMAN LAW GROUP, P.A.
2020 Pennsylvania Avenue, N.W.
Suite 800
Washington, D.C., 20006
310-595-0800
leklayman@gmail.com

Rick Lovelien
41041 West 91st Street South
Mannford, OK 74044

Steven Stewart
P.O. Box 5794
Hailey, ID 83333

Dated this 1st day of April

                                                */s/ Siegmund F. Fuchs*
                                                SIEGMUND F. FUCHS
                                                Trial Attorney, Civil Division
                                                U.S. Department of Justice