```
_____FILED          _____RECEIVED
_____ENTERED        _____SERVED ON
            COUNSEL/PARTIES OF RECORD

           APR - 4 2019

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:_____DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

RICK LOVELIEN, *et al.*,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA, *et al.*,

Defendants

Civil Action No. 2:18-cv-2110

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs Rick Lovelien and Steven Stewart ("Plaintiffs") hereby voluntarily dismiss this case pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), without prejudice, as to all parties involved in the matter, each party to bear its own attorneys fees and costs.

Dated: April 4, 2019

Respectfully submitted,

[signature]
Rick Lovelien
41041 West 91st Street South
Mannford, OK 74044

[signature]
Steven Stewart
P.O. Box 5794
Hailey, ID 83333

*Plaintiffs Pro Se*

## CERTIFICATE OF SERVICE

I, Rick Lovelien and Steven Stewart, Plaintiffs in this matter hereby certify that on this day, April 4, 2019, a copy of the foregoing was submitted for filing via Federal Express to the Clerk of the Court of the U.S. District Court for the District of Nevada and served upon all counsel of record via U.S mail.

_____
Rick Lovelien

_____
Steven Stewart

ORIGIN ID:BZSA (310) 595-0800  SHIP DATE: 03APR19
LARRY KLAYMAN                  ACTWGT:
                               CAD: 105024589/INET4100
2020 PENNSYLVANIA AVE.
SUITE 345
WASHINGTON, DC 20006           BILL SENDER
UNITED STATES US

TO  CLERK
    U.S. DIST. CT. NV.
    333 S. LAS VEGAS BLVD

    LAS VEGAS NV 89101
    (702) 464-5400       REF:
    INV
    PO                          DEPT



THU - 04 APR 10:30A
PRIORITY OVERNIGHT

TRK# 7748 7921 5277
0201

XX VGTA                 89101
                  NV-US LAS

FedEx Ship Manager - Print Your Label(s)

4/3/2019